IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JANET L. LINGER,**

    **Plaintiff,**

**v.**                              **CIVIL ACTION NO. 1:15CV107**
                                           **(Judge Keeley)**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

this day matter came before the Court for consideration of the Report and Recommendation of the Honorable Robert W. Trumble, United States Magistrate Judge ("R&R") (Dkt. No. 20), dated April 22, 2016 (Dkt. No. 15). Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to review de novo those portions of the magistrate judge's findings to which objection is made. Failure to file objections to the R&R permits the District Court to review the recommendation under the standards that the District Court believes are appropriate, and under these circumstances, the parties' right to de novo review is waived. See Webb v. Califano, 468 F.Supp. 825 (E.D. Cal. 1979). To date, no objections have been filed. Accordingly, this Court will review the R&R for clear error. Id.

Upon review of the R&R and the record, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation (Dkt. No. 15) should be, **ADOPTED** for the reasons more fully stated in the R&R. Therefore, the Court

**LINGER V. COMMISSIONER OF SOCIAL SECURITY**　　　　　　　　　　　　**1:15CV107**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

1. **GRANTS** the defendant's motion for summary judgment (Dkt. No. 12);

2. **DENIES** the plaintiff's motion for summary judgment (Dkt. No. 10);

3. **DISMISSES** this civil action **WITH PREJUDICE** and **ORDERS** it **STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and to enter a separate judgment order.

DATED:  May 9, 2016.

　　　　　　　　　　　　　　　　　　/s/ Irene M. Keeley
　　　　　　　　　　　　　　　　　　IRENE M. KEELEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE